IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL FRANTZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALIASGHAR MOHYDDIN,<br><br>　　　　　Defendant. | No. 2:20-CV-2550-WBS-DMC-P<br><br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On October 25, 2021, mail directed to Plaintiff was returned by the United States Postal Service as undeliverable. Pursuant to Eastern District of California Local Rule 183(b), any party appearing pro se must file and serve a notice of change of address within 63 days of mail being returned. To date, more than 63 days have elapsed since mail was returned and Plaintiff has not notified the Court of a change of address.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

1          Based on the foregoing, the undersigned recommends that this action be dismissed,
2   without prejudice, for lack of prosecution and failure to comply with court rules and orders.  See
3   Local Rule 110; see also Local Rule 183(b).
4          These findings and recommendations are submitted to the United States District
5   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 14 days
6   after being served with these findings and recommendations, any party may file written
7   objections with the court.  Responses to objections shall be filed within 14 days after service of
8   objections.  Failure to file objections within the specified time may waive the right to appeal.  See
9   Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

11  Dated:  January 31, 2022

                                              _____
                                              DENNIS M. COTA
                                              UNITED STATES MAGISTRATE JUDGE